IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DENISE CELAYA,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH, UNIVERSITY OF UTAH HEALTH CARE, and UNIVERSITY OF UTAH HOSPITALS AND CLINICS,<br><br>　　　Defendants. | **JUDGMENT**<br><br>Case No. 2:23-cv-00116-JNP-CMR<br><br>District Judge Jill N. Parrish |

　　　It is ORDERED AND ADJUDGED that judgment be entered in favor of Defendants on all claims in Plaintiff Denise Celaya's action.

　　　DATED January 10, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge